JOHN H. FLINT, an Infant, by WILLIAM H. FLINT, His Guardian ad Litem, Respondent, *v.* LOUIS BUBIE, Appellant.

(Submitted March 25, 1932; decided April 26, 1932.)

*John J. Scully* for appellant.
*Harold W. Turner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG and O'BRIEN, JJ.